UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RISTAU, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>GUARDIANS OF EL DORADO COUNTY, et al.,<br><br>        Defendants. | No. 2:17-cv-00574-MCE-KJN (PS)<br><br>ORDER |

On March 17, 2017, plaintiffs Janet L. Ristau, Steven A. Leonard, Robert J. Ristau, and Karen L. Ristau, proceeding without counsel, filed this action.[1] (ECF No. 1.) Simultaneously, plaintiff Steven A. Leonard requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.) In his affidavit, Mr. Leonard attests that his gross monthly income is $650. (Id.) He also attests that he has received other disability or worker's compensation payments in the past year, without indicating the amount he has received. (Id.)

Pursuant to federal statute, a filing fee of $350.00 is required to commence a civil action in federal district court. 28 U.S.C. § 1914(a). In addition, a $50.00 general administrative fee for civil cases must be paid. 28 U.S.C. § 1914(b). The court may authorize the commencement of an

---

[1] This case was referred to the undersigned pursuant to E.D. Cal. L.R. 302(c)(21).

1

action "without prepayment of fees or security therefor" by a person that is unable to pay such fees or provide security therefor. 28 U.S.C. § 1915(a)(1).

Mr. Leonard's request to proceed *in forma pauperis* does not sufficiently demonstrate that he is unable to pay the initial filing fee because he has not clearly explained the amount of income he has received in the past year. Furthermore, none of the other plaintiffs have requested leave to proceed *in forma pauperis* or paid the filing fee.

Thus, plaintiffs have made an inadequate showing of indigency. See Alexander v. Carson Adult High Sch., 9 F.3d 1448 (9th Cir. 1993); California Men's Colony v. Rowland, 939 F.2d 854, 858 (9th Cir. 1991); Stehouwer v. Hennessey, 841 F. Supp. 316, (N.D. Cal. 1994).

For the foregoing reasons, IT IS HEREBY ORDERED that:

1. Mr. Leonard's application to proceed *in forma pauperis* (ECF No. 2) is DENIED WITHOUT PREJUDICE.
2. Within 28 days of the date of this order, plaintiffs shall either (a) pay the applicable filing fee or (b) each file an application to proceed *in forma pauperis* that adequately demonstrates that each plaintiff is unable to pay the filing fee. Plaintiffs' failure to either pay the filing fee or file sufficient applications to proceed *in forma pauperis* by the above deadline will result in a recommendation that the action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

Dated: August 28, 2017

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

14/ps.17.574.ristau.IFP denial